JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRESTON JACKSON,<br>　　　　　Plaintiff,<br>　　　　　v.<br>J. KELSO, et al.,<br>　　　　　Defendant(s). | Case No. CV 15-8688-AB (KK)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: June 23, 2016

_____
HONORABLE ANDRÉ BIROTTE JR.
United States District Judge